FILED
2021 JAN -7 PM 12:38
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

PROVIDED TO SANTA ROSA C.I.
ON JAN 04 2021
FOR MAILING BY W.M.

Willis A Miller

v

Sgt Willis Et Al
Defendants

Case 3:20-cv-00509-MMh-McR

I party Willis Miller is hear by utilizeing party right to amended party law suit claim by seeking party motion under oath be for the court

Iam seeking to amended case 3:20-cv-1131-J-20P86 I Plainiff willis Miller is seeking to amended party law suit claims thats being filed an this United States District court that's under case 3:20-cv-00509-MMh-McR however please be advised that party is hear by to which certification from all party documents that was filed in this United States District court that party have done in is doing every thing that is necessary to keep party case 3:20-cv-00509-MMh-McR moveing forward see proof or dre (Docs).10, 17, 24, 29, 32, 34) however Iam party an Iam hear seeking that the court allows party willis Miller to proceed an a infoma pauperis an please waive Plainiff willis A Miller filing fee under the same claim law suit allegations however please be advised that due to case filed which is case 3:20-cv-00509-MMh-McR party willis A Miller have use all party Miller $ money that was an Plainiff willis A Miller account statement with this motion however please Due consider party motion an please be advised that I party willis Miller is a where that I whould have to pay the filing fee again if the court grant

see

however I party want to advised That The case I party is Reminding To Be Amended was case 3:20-cv-1131-J-20 PDB which was Dismissed without prejudice however party was Advised An Reminded That If Party what's To put case 3:20-cv-1131-J-20 PDB to gather with case 3:20-cv-00509-MMH-MCR party would have To Change case 3:20-cv-00509-MMH-MCR By Amended case 3:20-cv-1131-J-20PDB which Is what party Is Right Remindeding Right Now however An This Change party Adds Defendant Dr. G. Espino which Is The F-S-P-Site Med Dir of heath serices however Dr G. Espino is Reasonable for party not geting Medical Care As party willis Miller was supposed to Due To The hospital Receipt party suffered Trauma Due To The unlawful Excessive use of force party willis Miller subject To By Sgt Patrick Lavoia Sgt willis An officer Dyres on 2-9-18 however Dr. G. Espino falsified Medical Document's which party willis Miller Is suffering from Defendant Dr G. Espino Acting however This Information Needed To Be Add To case 3:20-cv-00509-MMH-MCR so By This Information may An can Be Add party Due understand That party would have To pay A Re fileing fee which should Be $350.00. Dollars from out party Prison Account however party Is Also seeking To Proceed In forma Pauper Is Be party have use All party money up on case 3:20-cv-00509-MMH-MCR so Please Be Advise That All of party Defendant's That's An case 3:20-cv-00509-MMH-MCR Information Is An That 1983 civil Rish is Prisoner complaint violation which The Name of Them Defendant's Is Sgt willis Sgt Patrick Lavoia An officer Dyres An Also florida Department of Corrections

Seriously Sign By willis Miller

FILED

## IN THE UNITED STATES DISTRICT COURT
## FOR THE ~~NORTHERN~~ DISTRICT OF FLORIDA

2021 JAN -7 PM 3: 58

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

Willis Miller ,

Inmate # 130949 .
   Plaintiff/Petitioner,

vs.

CASE NO: 3:20-cv-00509-MMh-MCh

SGT Willis ,

SGT R. Lavoa ,

Officer Dykes .

   Defendant(s)/Respondent(s).

_____/

## MOTION TO PROCEED IN FORMA PAUPERIS

I, Willis Miller , plaintiff/petitioner in the above-entitled action, move to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in the above-entitled action. I am unable to make full prepayment of fees or to give security therefore, and it is my belief that I am entitled to relief. I have not divested myself of any property, monies, or any items of value for the purpose of avoiding payment of said fees.

Willis Miller
Signature of Plaintiff/Petitioner

### AFFIDAVIT IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS
(THIS AFFIDAVIT MUST BE COMPLETED IN ITS ENTIRETY)

In support of this motion, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? Yes (X)   No ( )

If yes, place of incarceration: Santa Rosa

If not incarcerated, skip to Question #5.

2. Have you been incarcerated for *at least* six (6) months: Yes (✓) No ( )

3. Have you been confined in the facility listed above (question #1) for the six months preceding the filing of this case? Yes (✓) No ( )

4. If not, where else have you been held: N/A when: N/A -

5. Are you presently employed? Yes ( ) No (✓)

   a. If yes, amount of salary or wages: N/A Employer: N/A
   b. If no, date of last employment: N/A Salary: N/A

6. Have you received any money from any of the following sources within the past 12 months:

   a. Business, profession, or self-employment? Yes ( ) No (✓)
   b. Payments from rent, interest, or dividends? Yes ( ) No (✓)
   c. Pensions, annuities, or life insurance payments? Yes (✓) No ( )
   d. Disability or worker's compensation payments? Yes ( ) No (✓)
   e. Gifts, inheritances, or any other sources? Yes ( ) No (✓)

7. Do you have any money in a checking or savings account? Yes ( ) No (✓)

   If yes, state the total amount (including money in prison bank account): N/A

8. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding ordinary household furnishings and clothing)? Yes ( ) No (✓)

   If yes, describe the property and its approximate value: N/A

9. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: Mom

I hereby declare under penalty of perjury that the above information is true and correct.

Willis Miller
**SIGNATURE OF PLAINTIFF**

1-4-21
**DATE**

- Attach Inmate Bank Account Printouts to this Motion -

Revised 07/02

2

(c) If I am allowed to proceed *in forma pauperis*, I may still be required to submit an initial partial filing fee. 28 U.S.C. § 1915(b)(1). My failure to submit an initial partial filing fee, if assessed, may result in the dismissal of this case and the inability to proceed *in forma pauperis* in the future.

(d) The officials at the institution at which I am presently confined or any institution to which I may be transferred are hereby authorized to make additional monthly payments from my account until the balance of the $350.00 filing fee is paid. These additional monthly payments will be up to 20% of all the preceding month's deposits in my account. Institution officials shall submit these monthly payments directly to the Court whenever the funds in my account exceed $10.00. I recognize my responsibility to alert officials at any institution to which I may be transferred in the future of my obligation to pay the full amount of the filing fee. I acknowledge that the Court may, from time to time, require me to provide additional financial records or account statements.

_Willis Miller_  
**SIGNATURE OF PLAINTIFF**                **DATE**

_Willis Miller_                              130949
**PRINTED NAME OF PLAINTIFF**             **INMATE NUMBER**

** It is the inmate's responsibility to obtain the required print-out(s) from each institution at which he or she may have been confined during the preceding six months and provide them to the official completing this form.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**FINANCIAL CERTIFICATE**

(To be complete by Authorized Penal Official)

A PRINTOUT OF ALL TRANSACTIONS IN THE INMATE'S  
PRISON ACCOUNT FOR THE PRECEDING SIX (6) MONTHS **MUST** BE ATTACHED.

1. Current Account Balance:                          $107.48
2. Average Monthly Balance for preceding 6 months:   $1071.55
3. Average Monthly Deposits for preceding 6 months:  $40.00

I hereby certify that, as of this date, the above information for the prison account of the inmate named above is correct.

_JE. Stromenger CLO Stromenge_                _10/5/20._
**SIGNATURE OF AUTHORIZED OFFICIAL**          **DATE**

PLEASE COMPLETE THIS FORM IN INK, IN A COLOR OTHER THAN BLACK.

Revised 04/06

2